

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2015

No. 04-15-00307-CV

**AUTOZONE, INC**. and Autozoners L.L.C.,
Appellants

v.

Mario **FLORES**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-6
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

    Appellee's brief in this accelerated appeal was July 13, 2015. Neither the brief nor a motion for extension of time has been filed.

    We **order** appellee to file his brief **by July 27, 2015.** If the brief is not filed by the date ordered, we will order the case submitted without an appellee's brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court